UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-5047BHS |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |
| vs. | ) | |
| IRMA PIQUINTO-FLORES, | ) | |
| Defendant. | ) | |

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Ms. Piquinto-Flores is charged by Complaint with one count of Illegal Reentry After Deportation, in Violation of Title 8, United States Code, Section 1326(a).

2. Ms. Piquinto-Flores made her initial court appearance on February 6, 2014.

3. Counsel is seeking an Order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).

4. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from March 8, 2014 until March 30, 2014, shall be an

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment be continued to March 30, 2014. The period of delay resulting from this continuance from March 8, 2014 until March 30, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7).

IT IS SO ORDERED this 19th day of February, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Linda R. Sullivan*
Linda R. Sullivan
Attorney for Irma Piquinto-Flores

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE INDICTMENT – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**